640

No. 502. SIMON *v.* CITY CAB CO., INC. November 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. George D. Horning, Jr.,* and *Louis Ottenberg* for petitioner. *Messrs. Alvin L. Newmyer* and *David G. Bress* for respondent.

No. 504. NATIONAL LEAD CO. ET AL. *v.* ST. LOUIS. November 11, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Gustave A. Stamm* for petitioners. *Messrs. Charles M. Hay* and *Francis J. Sullivan* for respondent.

No. 506. REINHARD, TRUSTEE, *v.* BOWERS, BANKRUPT, ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Julius M. Rapoport* for petitioner. *Mr. Edwin K. Kline* for respondents.

No. 508. IRVING TRUST CO., TRUSTEE IN BANKRUPTCY, ET AL. *v.* LOS ANGELES ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. R. Memhard* for petitioners. *Messrs. David M. Wood, John H. Hoffman, W. Morton Carden, Rudolph L. Von Bermuth, Harry G. Gray,* and *Walter Gordon Merritt* for respondents.

No. 512. MOORE ET AL. *v.* BACKUS ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit